UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REDDIS, | ) Case No. 13 CV 01937 JAM EFB |
| | ) |
| Plaintiff, | ) |
| | ) ORDER EXTENDING TIME FOR |
| vs. | ) DEFENDANT TO RESPOND TO THE |
| | ) COMPLAINT |
| SALLIE MAE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Based on the stipulation of the parties, Plaintiff John Reddis and Defendant Sallie Mae, Inc., for a an extension of time for Defendant to respond to the Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED:

[Proposed] Order Extending Time For Defendant To Respond To The Complaint

1

Defendant shall have an extension of time until November 14, 2013 to respond to the Complaint

Dated: 10/15/2013     /s/ John A. Mendez_____
                      Hon. John A. Mendez
                      United States District Court Judge