# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

JOHN REDDIS,

       Plaintiff,

  vs.

SALLIE MAE, INC,

       Defendant.

**Case No.: 2:13-cv-01937-JAM-EFB**

**ORDER**

Based upon the Stipulation to Dismiss by all appearing parties, the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  6/18/2014

                    /s/ John A. Mendez
                    HON. JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE